**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert Glendon ALLICOCK,**
**Defendant–Appellant.**

**No. 08–14711**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 6, 2009.

Before TJOFLAT, DUBINA and COX, Circuit Judges.

PER CURIAM:

James H. Burke, Jr., appointed counsel for Robert Glendon Allicock in this appeal of the district court's partial grant of Allicock's motion for sentence reduction, pursuant to 18 U.S.C. § 3582, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and the district court's partial grant of Allicock's § 3582(c)(2) motion to reduce sentence is AFFIRMED.